PATENT

# U.S. District Court [LIVE]
## Western District of Texas (Waco)
## CIVIL DOCKET FOR CASE #: 6:20−cv−00087−ADA

MasterObjects, Inc. v. Facebook, Inc.
Assigned to: Judge Alan D Albright
Cause: 35:271 Patent Infringement

Date Filed: 02/05/2020
Jury Demand: Both
Nature of Suit: 830 Patent
Jurisdiction: Federal Question

## Plaintiff

**MasterObjects, Inc.**

represented by **Leslie V. Payne**
Heim, Payne & Chorush, LLP
Heritage Plaza
1111 Bagby St.
Suite 2100
Houston, TX 77002
(713) 221−2003
Fax: (713) 221−2021
Email: lpayne@hpcllp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alden G. Harris**
Heim, Payne & Chorush, LLP
1111 Bagby Street, Suite 2100
Houston, TX 77002
(713) 221−2000
Fax: (713) 221−2021
Email: aharris@hpcllp.com
*ATTORNEY TO BE NOTICED*

**Brandon C. Martin**
Hosie Rice LLP
600 Montgomery Street, 34th Floor
San Francisco, CA 94111
415.247.6000
Fax: 415.247.6001
Email: bmartin@hosielaw.com
*TERMINATED: 02/08/2021*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Darrell Rae Atkinson**
Hosie Rice LLP
600 Montgomery Street, 34th Floor
San Francisco, CA 94111
415.247.6000
Fax: 415.247.6001
Email: datkinson@hosielaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Diane S. Rice**
Hosie Rice LLP
600 Montgomery Street, 34th Floor
San Francisco, CA 94111
415.247.6000
Fax: 415.247.6001
Email: drice@hosielaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Francesca Miki Shima Germinario**
Hosie Rice LLP
600 Montgomery Street, 34th Floor
San Francisco, CA 94111
415.247.6000
Fax: 415.247.6001
Email: fgerminario@zuberlawler.com
*TERMINATED: 10/28/2020*
*ATTORNEY TO BE NOTICED*

**Spencer Hosie**
Hosie Rice LLP
600 Montgomery Street, 34th Floor
San Francisco, CA 94111
415.247.6000
Fax: 415.247.6001
Email: shosie@hosielaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

| | | |
|---|---|---|
| **Facebook, Inc.** | represented by | **Paige Arnette Amstutz** |

Scott, Douglass & McConnico, LLP
303 Colorado Street
Suite 2400
Austin, TX 78701
(512) 495–6300
Fax: 512–495–6399
Email: pamstutz@scottdoug.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Clara Wang**
Latham & Watkins LLP
140 Scott Drive
Menlo Park, CA 94025
(650) 328–4600
Fax: (650) 463–2600
Email: clara.wang@lw.com
*ATTORNEY TO BE NOTICED*

**Douglas Ethan Lumish**
Latham & Watkins LLP
140 Scott Drive
Menlo Park, CA 94025
(650) 328–4600
Fax: (650) 463–2600
Email: doug.lumish@lw.com
*ATTORNEY TO BE NOTICED*

**Jeffrey G. Homrig**
Latham & Watkins LLP
140 Scott Drive
Menlo Park, CA 94025
(650) 328–4600
Fax: (650) 463–2600
Email: jeff.homrig@lw.com
*ATTORNEY TO BE NOTICED*

**Joseph H. Lee**
Latham & Watkins LLP
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
(714) 540–1235
Fax: (714) 755–8290
Email: joseph.lee@lw.com
*ATTORNEY TO BE NOTICED*

**Paul Weinand**
Latham & Watkins LLP
200 Clarendon St.
Boston, MA 02116
617–880–4580
Email: paul.weinand@lw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Rachel Weiner Cohen**
Latham & Watkins LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
202–637–2200
Fax: 202–637–2201
Email: rachel.cohen@lw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Tiffany C. Weston**
Latham & Watkins LLP
555 Elevent hStreet, NW, Suite 1000
Washington, DC 20004
202–637–2200
Fax: 202–637–2201
Email: tiffany.weston@lw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/05/2020 | ᴵ 1 | COMPLAINT *for Patent Infringement* ( Filing fee $ 400 receipt number 0542–13168545), filed by MasterObjects. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Civil Cover Sheet)(Payne, Leslie) (Entered: 02/05/2020) |
| 02/05/2020 | ᴵ 2 | MOTION to Appear Pro Hac Vice by Leslie V. Payne *for Spencer Hosie* ( Filing fee $ 100 receipt number 0542–13168739) by on behalf of MasterObjects. (Payne, Leslie) (Entered: 02/05/2020) |
| 02/05/2020 | ᴵ 3 | MOTION to Appear Pro Hac Vice by Leslie V. Payne *for Alden Harris* ( Filing fee $ 100 receipt number 0542–13168962) by on behalf of MasterObjects. (Payne, Leslie) (Entered: 02/05/2020) |
| 02/05/2020 | ᴵ 4 | MOTION to Appear Pro Hac Vice by Leslie V. Payne *for Brandon C. Martin* ( Filing fee $ 100 receipt number 0542–13169000) by on behalf of MasterObjects. (Payne, Leslie) (Entered: 02/05/2020) |
| 02/05/2020 | ᴵ 5 | MOTION to Appear Pro Hac Vice by Leslie V. Payne *for Darrell Rae Atkinson* ( Filing fee $ 100 receipt number 0542–13169093) by on behalf of MasterObjects. (Payne, Leslie) (Entered: 02/05/2020) |
| 02/05/2020 | ᴵ 6 | MOTION to Appear Pro Hac Vice by Leslie V. Payne *for Diane S. Rice* ( Filing fee $ 100 receipt number 0542–13169163) by on behalf of MasterObjects. (Payne, Leslie) (Entered: 02/05/2020) |
| 02/05/2020 | ᴵ 7 | MOTION to Appear Pro Hac Vice by Leslie V. Payne *for Francesca Miki Shima Germinario* ( Filing fee $ 100 receipt number 0542–13169183) by on behalf of MasterObjects. (Payne, Leslie) (Entered: 02/05/2020) |
| 02/05/2020 | ᴵ 8 | Pursuant to the Standing Order Regarding Patent/Trademark Cases effective 12/9/19, Attorneys filing Patent/Trademark cases in TXWD Waco division must prepare the attached form AO120 and e–file using the "Notice of Filing of Patent/Trademark Form" event upon opening of the case. (Attachments: # 1 AO–120) (lad) (Entered: 02/05/2020) |
| 02/05/2020 | ᴵ | Case assigned to Judge Alan D Albright. CM WILL NOW REFLECT THE JUDGE INITIALS AS PART OF THE CASE NUMBER. PLEASE APPEND THESE JUDGE INITIALS TO THE CASE NUMBER ON EACH DOCUMENT THAT YOU FILE IN THIS CASE. (lad) (Entered: 02/05/2020) |
| 02/05/2020 | ᴵ 9 | REQUEST FOR ISSUANCE OF SUMMONS by MasterObjects. (Payne, Leslie) (Entered: 02/05/2020) |
| 02/05/2020 | ᴵ 10 | Notice of Filing of Patent/Trademark Form (AO 120). AO 120 forwarded to the Director of the U.S. Patent and Trademark Office. (Payne, Leslie) (Entered: 02/05/2020) |
| 02/05/2020 | ᴵ 11 | RULE 7 DISCLOSURE STATEMENT filed by MasterObjects. (Payne, Leslie) (Entered: 02/05/2020) |
| 02/05/2020 | ᴵ 12 | Summons Issued as to Facebook, Inc. (lad) (Entered: 02/05/2020) |
| 02/06/2020 | ᴵ | Text Order GRANTING 2 Motion to Appear Pro Hac Vice. Before the Court is the Motion for Admission Pro Hac Vice. The Court, having reviewed the Motion, finds it should be GRANTED and therefore orders as follows: IT IS ORDERED the Motion for Admission Pro Hac Vice is GRANTED. IT IS FURTHER ORDERED that Applicant, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: Clerk, U.S. District Court, in compliance with Local Rule AT–I (f)(2). Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. entered by Judge Alan D Albright. (This is a text–only entry generated by the court. There is no document associated with this entry.) (jy) |

| | | |
|---|---|---|
| | | (Entered: 02/06/2020) |
| 02/06/2020 | Ï | Text Order GRANTING <u>3</u> Motion to Appear Pro Hac Vice. Before the Court is the Motion for Admission Pro Hac Vice. The Court, having reviewed the Motion, finds it should be GRANTED and therefore orders as follows: IT IS ORDERED the Motion for Admission Pro Hac Vice is GRANTED. IT IS FURTHER ORDERED that Applicant, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: Clerk, U.S. District Court, in compliance with Local Rule AT–I (f)(2). Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. entered by Judge Alan D Albright. (This is a text–only entry generated by the court. There is no document associated with this entry.) (jy) (Entered: 02/06/2020) |
| 02/06/2020 | Ï | Text Order GRANTING <u>4</u> Motion to Appear Pro Hac Vice. Before the Court is the Motion for Admission Pro Hac Vice. The Court, having reviewed the Motion, finds it should be GRANTED and therefore orders as follows: IT IS ORDERED the Motion for Admission Pro Hac Vice is GRANTED. IT IS FURTHER ORDERED that Applicant, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: Clerk, U.S. District Court, in compliance with Local Rule AT–I (f)(2). Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. entered by Judge Alan D Albright. (This is a text–only entry generated by the court. There is no document associated with this entry.) (jy) (Entered: 02/06/2020) |
| 02/06/2020 | Ï | Text Order GRANTING <u>5</u> Motion to Appear Pro Hac Vice. Before the Court is the Motion for Admission Pro Hac Vice. The Court, having reviewed the Motion, finds it should be GRANTED and therefore orders as follows: IT IS ORDERED the Motion for Admission Pro Hac Vice is GRANTED. IT IS FURTHER ORDERED that Applicant, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: Clerk, U.S. District Court, in compliance with Local Rule AT–I (f)(2). Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. entered by Judge Alan D Albright. (This is a text–only entry generated by the court. There is no document associated with this entry.) (jy) (Entered: 02/06/2020) |
| 02/06/2020 | Ï | Text Order GRANTING <u>6</u> Motion to Appear Pro Hac Vice. Before the Court is the Motion for Admission Pro Hac Vice. The Court, having reviewed the Motion, finds it should be GRANTED and therefore orders as follows: IT IS ORDERED the Motion for Admission Pro Hac Vice is GRANTED. IT IS FURTHER ORDERED that Applicant, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: Clerk, U.S. District Court, in compliance with Local Rule AT–I (f)(2). Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. entered by Judge Alan D Albright. (This is a text–only entry generated by the court. There is no document associated with this entry.) (jy) (Entered: 02/06/2020) |
| 02/06/2020 | Ï | Text Order GRANTING <u>7</u> Motion to Appear Pro Hac Vice. Before the Court is the Motion for Admission Pro Hac Vice. The Court, having reviewed the Motion, finds it should be GRANTED and therefore orders as follows: IT IS ORDERED the Motion for Admission Pro Hac Vice is GRANTED. IT IS FURTHER ORDERED that Applicant, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: Clerk, U.S. District Court, in compliance with Local Rule AT–I (f)(2). Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. entered by Judge Alan D Albright. (This is a text–only entry generated by the court. There is no document associated with this entry.) (jy) |

| | | |
|---|---|---|
| | | (Entered: 02/06/2020) |
| 02/17/2020 | Ï 13 | SUMMONS Returned Executed by MasterObjects, Inc.. Facebook, Inc. served on 2/12/2020, answer due 3/4/2020. (Payne, Leslie) (Entered: 02/17/2020) |
| 02/28/2020 | Ï 14 | Unopposed MOTION for Extension of Time to File Answer by MasterObjects, Inc.. (Attachments: # 1 Proposed Order)(Germinario, Francesca) (Entered: 02/28/2020) |
| 02/29/2020 | Ï | Text Order GRANTING 14 Motion for Extension of Time to Answer entered by Judge Alan D Albright. Came on for consideration is Plaintiff's Motion to extend the time for Defendant to Answer. The Court GRANTS the Motion. Defendant shall have up to and including April 17, 2020 to answer or otherwise respond to Plaintiff's Complaint. (This is a text–only entry generated by the court. There is no document associated with this entry.) (jy) (Entered: 02/29/2020) |
| 02/29/2020 | Ï | Reset Deadlines: Facebook, Inc. answer due 4/17/2020. (lad) (Entered: 03/02/2020) |
| 03/24/2020 | Ï 15 | STANDING ORDER from U.S. District Judge Alan D. Albright regarding scheduled civil hearings. (tada) (Entered: 03/25/2020) |
| 04/10/2020 | Ï 16 | NOTICE of Attorney Appearance by Paige Arnette Amstutz on behalf of Facebook, Inc.. Attorney Paige Arnette Amstutz added to party Facebook, Inc.(pty:dft) (Amstutz, Paige) (Entered: 04/10/2020) |
| 04/13/2020 | Ï 17 | MOTION to Appear Pro Hac Vice by Paige Arnette Amstutz *for Clara Wang* ( Filing fee $ 100 receipt number 0542–13449150) by on behalf of Facebook, Inc.. (Attachments: # 1 Proposed Order)(Amstutz, Paige) (Entered: 04/13/2020) |
| 04/13/2020 | Ï 18 | MOTION to Appear Pro Hac Vice by Paige Arnette Amstutz *for Paul Weinand* ( Filing fee $ 100 receipt number 0542–13449185) by on behalf of Facebook, Inc.. (Attachments: # 1 Proposed Order)(Amstutz, Paige) (Entered: 04/13/2020) |
| 04/13/2020 | Ï 19 | MOTION to Appear Pro Hac Vice by Paige Arnette Amstutz *for Joseph Lee* ( Filing fee $ 100 receipt number 0542–13449203) by on behalf of Facebook, Inc.. (Attachments: # 1 Proposed Order)(Amstutz, Paige) (Entered: 04/13/2020) |
| 04/13/2020 | Ï 20 | MOTION to Appear Pro Hac Vice by Paige Arnette Amstutz *for Jeffrey Homrig* ( Filing fee $ 100 receipt number 0542–13449239) by on behalf of Facebook, Inc.. (Attachments: # 1 Proposed Order)(Amstutz, Paige) (Entered: 04/13/2020) |
| 04/13/2020 | Ï 21 | MOTION to Appear Pro Hac Vice by Paige Arnette Amstutz *for Tiffany Weston* ( Filing fee $ 100 receipt number 0542–13449272) by on behalf of Facebook, Inc.. (Attachments: # 1 Proposed Order)(Amstutz, Paige) (Entered: 04/13/2020) |
| 04/13/2020 | Ï 22 | MOTION to Appear Pro Hac Vice by Paige Arnette Amstutz *for Rachel Weiner Cohen* ( Filing fee $ 100 receipt number 0542–13449298) by on behalf of Facebook, Inc.. (Attachments: # 1 Proposed Order)(Amstutz, Paige) (Entered: 04/13/2020) |
| 04/14/2020 | Ï 23 | ATTACHMENT *signature page* to 21 MOTION to Appear Pro Hac Vice by Paige Arnette Amstutz *for Tiffany Weston* ( Filing fee $ 100 receipt number 0542–13449272) by Facebook, Inc.. (Amstutz, Paige) (Entered: 04/14/2020) |
| 04/14/2020 | Ï 24 | ATTACHMENT *signature page* to 22 MOTION to Appear Pro Hac Vice by Paige Arnette Amstutz *for Rachel Weiner Cohen* ( Filing fee $ 100 receipt number 0542–13449298) by Facebook, Inc.. (Amstutz, Paige) (Entered: 04/14/2020) |
| 04/14/2020 | Ï | Text Order GRANTING 17 Motion to Appear Pro Hac Vice. Before the Court is the Motion for Admission Pro Hac Vice. The Court, having reviewed the Motion, finds it should be GRANTED and therefore orders as follows: IT IS ORDERED the Motion for Admission Pro Hac Vice is |

| | | |
|---|---|---|
| | | GRANTED. IT IS FURTHER ORDERED that Applicant, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: Clerk, U.S. District Court, in compliance with Local Rule AT–I (f)(2). Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. entered by Judge Alan D Albright. (This is a text–only entry generated by the court. There is no document associated with this entry.) (jy) (Entered: 04/14/2020) |
| 04/14/2020 | Ï | Text Order GRANTING <u>18</u> Motion to Appear Pro Hac Vice. Before the Court is the Motion for Admission Pro Hac Vice. The Court, having reviewed the Motion, finds it should be GRANTED and therefore orders as follows: IT IS ORDERED the Motion for Admission Pro Hac Vice is GRANTED. IT IS FURTHER ORDERED that Applicant, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: Clerk, U.S. District Court, in compliance with Local Rule AT–I (f)(2). Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. entered by Judge Alan D Albright. (This is a text–only entry generated by the court. There is no document associated with this entry.) (jy) (Entered: 04/14/2020) |
| 04/14/2020 | Ï | Text Order GRANTING <u>19</u> Motion to Appear Pro Hac Vice. Before the Court is the Motion for Admission Pro Hac Vice. The Court, having reviewed the Motion, finds it should be GRANTED and therefore orders as follows: IT IS ORDERED the Motion for Admission Pro Hac Vice is GRANTED. IT IS FURTHER ORDERED that Applicant, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: Clerk, U.S. District Court, in compliance with Local Rule AT–I (f)(2). Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. entered by Judge Alan D Albright. (This is a text–only entry generated by the court. There is no document associated with this entry.) (jy) (Entered: 04/14/2020) |
| 04/14/2020 | Ï | Text Order GRANTING <u>20</u> Motion to Appear Pro Hac Vice. Before the Court is the Motion for Admission Pro Hac Vice. The Court, having reviewed the Motion, finds it should be GRANTED and therefore orders as follows: IT IS ORDERED the Motion for Admission Pro Hac Vice is GRANTED. IT IS FURTHER ORDERED that Applicant, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: Clerk, U.S. District Court, in compliance with Local Rule AT–I (f)(2). Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. entered by Judge Alan D Albright. (This is a text–only entry generated by the court. There is no document associated with this entry.) (jy) (Entered: 04/14/2020) |
| 04/14/2020 | Ï | Text Order GRANTING <u>21</u> Motion to Appear Pro Hac Vice. Before the Court is the Motion for Admission Pro Hac Vice. The Court, having reviewed the Motion, finds it should be GRANTED and therefore orders as follows: IT IS ORDERED the Motion for Admission Pro Hac Vice is GRANTED. IT IS FURTHER ORDERED that Applicant, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: Clerk, U.S. District Court, in compliance with Local Rule AT–I (f)(2). Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. entered by Judge Alan D Albright. (This is a text–only entry generated by the court. There is no document associated with this entry.) (jy) (Entered: 04/14/2020) |
| 04/14/2020 | Ï | Text Order GRANTING <u>22</u> Motion to Appear Pro Hac Vice. Before the Court is the Motion for Admission Pro Hac Vice. The Court, having reviewed the Motion, finds it should be GRANTED and therefore orders as follows: IT IS ORDERED the Motion for Admission Pro Hac Vice is |

| | | |
|---|---|---|
| | | GRANTED. IT IS FURTHER ORDERED that Applicant, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: Clerk, U.S. District Court, in compliance with Local Rule AT–I (f)(2). Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. entered by Judge Alan D Albright. (This is a text–only entry generated by the court. There is no document associated with this entry.) (jy) (Entered: 04/14/2020) |
| 04/15/2020 | Ï25 | ATTACHMENT *signature page for Paul Weinand* to 18 MOTION to Appear Pro Hac Vice by Paige Arnette Amstutz *for Paul Weinand* ( Filing fee $ 100 receipt number 0542–13449185) by Facebook, Inc.. (Amstutz, Paige) (Entered: 04/15/2020) |
| 04/16/2020 | Ï26 | MOTION to Appear Pro Hac Vice by Paige Arnette Amstutz *for Douglas E. Lumish* ( Filing fee $ 100 receipt number 0542–13465606) by on behalf of Facebook, Inc.. (Attachments: # 1 Proposed Order)(Amstutz, Paige) (Entered: 04/16/2020) |
| 04/16/2020 | Ï | Text Order GRANTING 26 Motion to Appear Pro Hac Vice. Before the Court is the Motion for Admission Pro Hac Vice. The Court, having reviewed the Motion, finds it should be GRANTED and therefore orders as follows: IT IS ORDERED the Motion for Admission Pro Hac Vice is GRANTED. IT IS FURTHER ORDERED that Applicant, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: Clerk, U.S. District Court, in compliance with Local Rule AT–I (f)(2). Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. entered by Judge Alan D Albright. (This is a text–only entry generated by the court. There is no document associated with this entry.) (jy) (Entered: 04/16/2020) |
| 04/17/2020 | Ï27 | *Defendant Facebook, Inc.'s Answer and Defenses to Original Complaint for Patent Infringement* ANSWER to 1 Complaint, with Jury Demand by Facebook, Inc..(Amstutz, Paige) (Entered: 04/17/2020) |
| 04/17/2020 | Ï28 | RULE 7 DISCLOSURE STATEMENT filed by Facebook, Inc.. (Amstutz, Paige) (Entered: 04/17/2020) |
| 04/20/2020 | Ï29 | ORDER GOVERNING PROCEEDINGS – PATENT CASES. Signed by Judge Alan D Albright. (mc5) (Entered: 04/20/2020) |
| 05/08/2020 | Ï30 | *Defendant Facebook, Inc.'s First Amended* ANSWER to 1 Complaint, with Jury Demand *and Defenses to Original Complaint for Patent Infringement* by Facebook, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12)(Amstutz, Paige) (Entered: 05/08/2020) |
| 05/22/2020 | Ï31 | ORDER: Telephone Conference set for 5/22/2020 03:30 PM before Judge Alan D Albright. Signed by Judge Alan D Albright. (lad) (Entered: 05/22/2020) |
| 05/22/2020 | Ï32 | Minute Entry for proceedings held before Judge Alan D Albright: Telephone Conference held on 5/22/2020. Case called for telephonic scheduling conference. The parties have conferred and have agreed to a 11/20/20 Markman Hearing at 1:30 p.m. The Court reviewed his Markman Hearing procedures and the Court's general procedures. The Defendant let the court know that there may be a motion to transfer filed in the near future. (Minute entry documents are not available electronically.). (Court Reporter Lily Reznik.)(am) (Entered: 05/22/2020) |
| 05/26/2020 | Ï33 | Order Setting Markman Hearing for 11/20/2020 01:30 PM before Judge Alan D Albright. Signed by Judge Alan D Albright. (bot1) (Entered: 05/28/2020) |
| 05/29/2020 | Ï34 | |

| | | ORDER SETTING DISCOVERY HEARING for 6/1/2020 02:00 PM before Judge Alan D Albright. Signed by Judge Alan D Albright. (lad) (Entered: 05/29/2020) |
|---|---|---|
| 06/01/2020 | Ï 35 | Minute Entry for proceedings held before Judge Alan D Albright: Case called for telephonic discovery hearing. Parties discuss source code issues. Parties discussed where the source codes would be available to be seen. The Court will order that someone from Facebook to take the source code to one location for review and the plaintiff will reimburse the defendant the cost for airline tickets, etc. Parties can discuss as to the best place to have the source code being. able to be seen, i.e. Austin, Houston, Boston, New York. Parties discuss the number of pages of source code to be provided. The Court has determined that 250 pages of course code – with 25 consecutive pages. If parties are not happy with this amount and cannot agree, they should come back to the Court with reasons why more pages are needed. Facebook will bring a source code computer to depositions with expert witnesses. Issue is to what goes into the record. The plaintiff would like to put source code in the record so that the exhibit will correspond to what the witnesses was speaking to. The Court will Order that if the source code is used during deposition, the names of any files open, line numbers of items displayed and the time stamp that this was used will be referenced. Issue regarding note taking during source code review. Note taking computer is agreed on. Parties have agreed the note takingcomputer will not copy any source code at all. The defendant does not want to allow any media used to take notes as it is too each to be copied. There was arguments regarding page limitations on the notes. The issue is as to notes. Number of pages, etc. Facebook suggests 100 pages of notes is appropriate.The plaintiff disagrees that 100 page limitations is not adequate. The Court set a baseline of 200 pages of notes. If the plaintiff finds that the amount needs to be expanded, they should talk to defendant and if the defendant disagrees, then they should contact the law clerk and a further hearing will be held. Notes taken from a note taking computer with source code shall be classed as highly confidential. The Court will allow the note taking be done electronically and then copied by defendant to be provided to the plaintiff. The plaintiff says that they cannot go out of the country with any electronics encoded onto them as confidential is when there is travel for this case. The Court does not feel he needs to make a ruling on this issue at this time.(Minute entry documents are not available electronically.). (Court Reporter Kristie Davis.)(am) (Entered: 06/01/2020) |
| 06/03/2020 | Ï 36 | Transcript filed of Proceedings held on 6–1–20, Proceedings Transcribed: Telephonic Discovery Hearing. Court Reporter/Transcriber: Kristie Davis, Telephone number: 254–340–6114. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 6/24/2020, Redacted Transcript Deadline set for 7/6/2020, Release of Transcript Restriction set for 9/1/2020, (kd) (Entered: 06/03/2020) |
| 06/04/2020 | Ï 37 | MOTION to Transfer Case *Defendant Facebook, Inc.'s Motion to Transfer Venue to the Northern District of California or, In the Alternative, to the Austin Division* by Facebook, Inc.. (Attachments: # 1 Affidavit Declaration in Support, # 2 Affidavit Declaration in Support, # 3 Proposed Order)(Amstutz, Paige) Corresponding order entered at ECF No. 40(lad). (Entered: 06/04/2020) |
| 06/05/2020 | Ï 38 | Joint MOTION *for Entry of Scheduling Order* by MasterObjects, Inc.. (Attachments: # 1 Exhibit A)(Harris, Alden) (Entered: 06/05/2020) |
| 06/06/2020 | Ï | Text Order GRANTING 38 Motion entered by Judge Alan D Albright. Before the Court is the Parties' Joint Motion for Entry of Scheduling Order. The Court GRANTS the motion with respect to MasterObjects' proposed schedule. The Parties are ORDERED to file a joint proposed motion incorporating MasterObjects' proposed deadlines within 3 business days. (This is a text–only entry generated by the court. There is no document associated with this entry.) (jy) (Entered: 06/06/2020) |
| 06/09/2020 | Ï 39 | |

| | | |
|---|---|---|
| | | Joint MOTION *for Entry of Scheduling Order Incorporating MasterObjects' Proposed Deadlines* re Order on Motion for Miscellaneous Relief, by MasterObjects, Inc.. (Attachments: # 1 Proposed Order)(Harris, Alden) (Entered: 06/09/2020) |
| 06/10/2020 | 40 | SCHEDULING ORDER: Markman Hearing set for 11/20/2020 01:30 PM before Judge Alan D Albright, Joinder of Parties due by 12/24/2020,Amended Pleadings due by 2/12/2021, Dispositive/Daubert Motions due by 8/13/2021. Signed by Judge Alan D Albright. (lad) (Entered: 06/10/2020) |
| 06/18/2020 | 41 | Transcript filed of Proceedings held on May 22, 2020, Proceedings Transcribed: Telephonic Scheduling Conference. Court Reporter/Transcriber: Lily I. Reznik, Telephone number: 512–391–8792 or Lily_Reznik@txwd.uscourts.gov. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 7/9/2020, Redacted Transcript Deadline set for 7/20/2020, Release of Transcript Restriction set for 9/16/2020, (lr) (Entered: 06/18/2020) |
| 06/18/2020 | 42 | Response in Opposition to Motion, filed by MasterObjects, Inc., re 37 MOTION to Transfer Case *Defendant Facebook, Inc.'s Motion to Transfer Venue to the Northern District of California or, In the Alternative, to the Austin Division* filed by Defendant Facebook, Inc. (Attachments: # 1 Declaration of Darrell Rae Atkinson ISO, # 2 Declaration of Alden G. Harris ISO, # 3 Exhibit A, # 4 Exhibit B, # 5 Exhibit C, # 6 Exhibit D, # 7 Exhibit E, # 8 Exhibit F, # 9 Exhibit G, # 10 Exhibit H, # 11 Exhibit I, # 12 Exhibit J, # 13 Exhibit K, # 14 Exhibit L, # 15 Exhibit M, # 16 Exhibit N, # 17 Exhibit O, # 18 Exhibit P, # 19 Exhibit Q, # 20 Exhibit R, # 21 Exhibit S, # 22 Exhibit T, # 23 Exhibit U, # 24 Exhibit V, # 25 Exhibit W, # 26 Exhibit X, # 27 Exhibit Y, # 28 Exhibit Z, # 29 Exhibit AA, # 30 Exhibit AB, # 31 Exhibit AC, # 32 Exhibit AD, # 33 Proposed Order)(Harris, Alden) (Entered: 06/18/2020) |
| 06/25/2020 | 43 | RESPONSE in Support, filed by Facebook, Inc., re 37 MOTION to Transfer Case *Defendant Facebook, Inc.'s Motion to Transfer Venue to the Northern District of California or, In the Alternative, to the Austin Division* filed by Defendant Facebook, Inc. (Attachments: # 1 Affidavit Declaration of Clara Wang)(Amstutz, Paige) (Entered: 06/25/2020) |
| 06/30/2020 | 44 | MOTION for Judgment on the Pleadings by MasterObjects, Inc.. (Attachments: # 1 Memorandum of Law in Support of MasterObjects, Inc.'s Motion for Judgment on the Pleadings, # 2 Declaration of Brandon C. Martin in Support of MasterObjects, Inc.'s Motion for Judgment on the Pleadings, # 3 Exhibit A, # 4 Exhibit B, # 5 Exhibit C, # 6 Exhibit D, # 7 Exhibit E, # 8 Exhibit F, # 9 Exhibit G, # 10 Exhibit H, # 11 Exhibit I, # 12 Exhibit J, # 13 Exhibit K)(Martin, Brandon) (Entered: 06/30/2020) |
| 07/06/2020 | 45 | Joint MOTION for Protective Order by MasterObjects, Inc.. (Attachments: # 1 Protective Order)(Harris, Alden) (Entered: 07/06/2020) |
| 07/07/2020 | 46 | PROTECTIVE ORDER, granting 45 Joint MOTION for Protective Order filed by MasterObjects, Inc. Signed by Judge Alan D Albright. (lad) (Entered: 07/08/2020) |
| 07/14/2020 | 47 | Response in Opposition to Motion, filed by Facebook, Inc., re 44 MOTION for Judgment on the Pleadings filed by Plaintiff MasterObjects, Inc. *Defendant Facebook, Inc.'s Opposition to Plaintiff MasterObjects' Motion for Judgment on the Pleadings* (Amstutz, Paige) (Entered: 07/14/2020) |
| 07/21/2020 | 48 | REPLY to Response to Motion, filed by MasterObjects, Inc., re 44 MOTION for Judgment on the Pleadings filed by Plaintiff MasterObjects, Inc. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Harris, Alden) (Entered: 07/21/2020) |

| 07/30/2020 | Ï49 | ORDER SETTING TELEPHONIC DISCOVERY HEARING, Discovery Hearing set for 7/30/2020 03:30 PM before Judge Alan D Albright. Signed by Judge Alan D Albright. (am) (Entered: 07/30/2020) |
|---|---|---|
| 07/30/2020 | Ï50 | Minute Entry for proceedings held before Judge Alan D Albright: Discovery Hearing held on 7/30/2020. (Minute entry documents are not available electronically.). (Court Reporter Kristie Davis.)(lad) (Entered: 07/30/2020) |
| 07/30/2020 | Ï51 | Transcript filed of Proceedings held on 7–30–20, Proceedings Transcribed: Telephonic Discovery Hearing. Court Reporter/Transcriber: Kristie Davis, Telephone number: 254–340–6114. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 8/20/2020, Redacted Transcript Deadline set for 8/31/2020, Release of Transcript Restriction set for 10/28/2020, (kd) (Entered: 07/30/2020) |
| 08/17/2020 | Ï52 | STIPULATION *Joint Motion for Entry of Stipulated Federal Rule of Evidence 502(d) Order and Clawback Agreement* by Facebook, Inc.. (Attachments: # 1 Proposed Order)(Amstutz, Paige) (Entered: 08/17/2020) |
| 08/18/2020 | Ï53 | ORDER re 52 Stipulation filed by Facebook, Inc.. Signed by Judge Alan D Albright. (am) (Entered: 08/18/2020) |
| 09/18/2020 | Ï54 | BRIEF by Facebook, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O, # 16 Exhibit P, # 17 Exhibit Q, # 18 Exhibit R, # 19 Exhibit S, # 20 Exhibit T, # 21 Exhibit U)(Amstutz, Paige) (Entered: 09/18/2020) |
| 09/18/2020 | Ï55 | BRIEF by MasterObjects, Inc.. (Attachments: # 1 Declaration of Leslie V. Payne, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H, # 10 Exhibit I, # 11 Exhibit J, # 12 Exhibit K, # 13 Exhibit L, # 14 Exhibit M, # 15 Exhibit N, # 16 Exhibit O, # 17 Exhibit P, # 18 Exhibit Q)(Payne, Leslie) (Entered: 09/18/2020) |
| 10/09/2020 | Ï56 | RESPONSE *Plaintiff MasterObjects, Inc.'s Responsive Claim Construction Brief* by MasterObjects, Inc.. (Attachments: # 1 Declaration of Leslie V. Payne, # 2 Exhibit R, # 3 Exhibit S, # 4 Exhibit T, # 5 Exhibit U, # 6 Exhibit V, # 7 Exhibit W, # 8 Exhibit X)(Payne, Leslie) (Entered: 10/09/2020) |
| 10/09/2020 | Ï57 | RESPONSE *Facebook's Responsive Claim Construction Brief* by Facebook, Inc.. (Amstutz, Paige) (Entered: 10/09/2020) |
| 10/23/2020 | Ï58 | REPLY to RESPONSE 57 by MasterObjects, Inc.. (Payne, Leslie) (Entered: 10/23/2020) |
| 10/23/2020 | Ï59 | RESPONSE *Facebook's Claim Construction Reply Brief* to 56 Response, by Facebook, Inc.. (Attachments: # 1 Exhibit V, # 2 Exhibit W)(Amstutz, Paige) (Entered: 10/23/2020) |
| 10/23/2020 | Ï60 | *Defendant Facebook, Inc.'s Second Amended Answer and Defenses to Original Complaint for Patent Infringement* ANSWER to 1 Complaint, with Jury Demand by Facebook, Inc..(Amstutz, Paige) (Entered: 10/23/2020) |
| 10/23/2020 | Ï61 | STIPULATION *Stipulation and Joint Motion Regarding Pending Fed.R.Civ.P. 12(c) Briefing* by Facebook, Inc.. (Attachments: # 1 Proposed Order)(Amstutz, Paige) Modified to motion per proposed order on 10/26/2020 (lad). (Entered: 10/23/2020) |
| 10/26/2020 | Ï | Text Order GRANTING 61 Motion entered by Judge Alan D Albright. Before the Court is the Joint Motion Regarding Pending Fed. R. Civ. P. 12(c) Briefing (theJoint Motion). Having considered the Joint Motion, the Court finds that it should be GRANTED. IT IS THEREFORE ORDERED that the |

| | | |
|---|---|---|
| | | Joint Motion is GRANTED.IT IS FURTHER ORDERED that the current briefing for Plaintiffs pending motion for judgment on the pleadings filed pursuant to Fed. R. Civ. P. 12(c) applies to the Tenth, Eleventh, Twelfth, and Thirteenth Defenses in the Second Amended Answer without the need for further submissions from the parties or actions by the Court.(This is a text–only entry generated by the court. There is no document associated with this entry.)(re) (Entered: 10/26/2020) |
| 10/26/2020 | Ï 62 | NOTICE *of Joint Claim Construction Statement* by MasterObjects, Inc. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Payne, Leslie) (Entered: 10/26/2020) |
| 10/27/2020 | Ï 63 | Unopposed MOTION to Withdraw as Attorney *Francesca Miki Shima Germinario* by MasterObjects, Inc.. (Attachments: # 1 Proposed Order)(Harris, Alden) (Entered: 10/27/2020) |
| 10/28/2020 | Ï | Text Order GRANTING 63 Motion to Withdraw as Attorney. entered by Judge Alan D Albright. (This is a text–only entry generated by the court. There is no document associated with this entry.) (re) (Entered: 10/28/2020) |
| 11/09/2020 | Ï 64 | ORDER RESETTING MARKMAN HEARING for 11/20/2020 01:30 PM before Judge Alan D. Signed by Judge Alan D Albright. (lad) (Entered: 11/09/2020) |
| 11/19/2020 | Ï 65 | ORDER CANCELLING MARKMAN HEARING. MARKMAN HEARING on Friday, November 20, 2020 at 01:30 PM is hereby CANCELLED until further order of the court.Signed by Judge Alan D Albright. (lad) (Entered: 11/19/2020) |
| 11/28/2020 | Ï 66 | ORDER Setting Zoom Markman Hearing for 11/30/2020 09:00 AM before Judge Alan D Albright. Signed by Judge Alan D Albright. (bot1) (Entered: 11/30/2020) |
| 11/28/2020 | Ï 67 | ORDER Setting Zoom Markman Hearing for 11/30/2020 09:00 AM before Judge Alan D Albright. Signed by Judge Alan D Albright. (bot1) (Entered: 11/30/2020) |
| 11/30/2020 | Ï 68 | NOTICE *Defendant Facebook, Inc.'s Notice of Decision in Support of Motion to Transfer* by Facebook, Inc. (Attachments: # 1 Exhibit A)(Amstutz, Paige) (Entered: 11/30/2020) |
| 11/30/2020 | Ï 69 | Minute Entry for proceedings held before Judge Alan D Albright: Markman Hearing held on 11/30/2020. Case called for Markman Hearing. Parties argued their preferred claim construction. The Court kept his preliminary construction. The Court is setting the Jury Trial for January 24, 2022. The parties will double check with experts and clients to make sure that is a good date – if not they will contact the Court asap to change the date. (Minute entry documents are not available electronically.). (Court Reporter Kristie Davis.)(lad) (Entered: 11/30/2020) |
| 12/01/2020 | Ï 70 | TRANSCRIPT REQUEST by MasterObjects, Inc. for proceedings held on 11/30/2020. Proceedings Transcribed: Markman Hearing. Court Reporter: Kristie Davis. (Payne, Leslie) (Entered: 12/01/2020) |
| 12/04/2020 | Ï 71 | Transcript filed of Proceedings held on 11–30–20, Proceedings Transcribed: Markman hearing. Court Reporter/Transcriber: Kristie Davis, Telephone number: 254–340–6114. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 12/25/2020, Redacted Transcript Deadline set for 1/4/2021, Release of Transcript Restriction set for 3/4/2021, (kd) (Entered: 12/04/2020) |
| 02/04/2021 | Ï 72 | Unopposed MOTION to Withdraw as Attorney *Brandon C. Martin* by MasterObjects, Inc.. (Attachments: # 1 Proposed Order)(Harris, Alden) (Entered: 02/04/2021) |
| 02/05/2021 | Ï | Text Order GRANTING 72 Motion to Withdraw as Attorney entered by Judge Alan D Albright. IT IS ORDERED that Brandon C. Martin is hereby withdrawn as counsel of record for MasterObjects, |

| | | |
|---|---|---|
| | | Inc., and fully discharged from any further representation or obligation in this case. Brandon C. Martin shall be removed from the CM/ECF noticing list. (This is a text–only entry generated by the court. There is no document associated with this entry.) (re) (Entered: 02/05/2021) |
| 02/12/2021 | 73 | AMENDED COMPLAINT against Facebook, Inc. amending 1 Complaint,., filed by MasterObjects, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J)(Harris, Alden) (Entered: 02/12/2021) |
| 02/12/2021 | 74 | Standing Order Regarding Filing Documents Under Seal and Redacted Pleadings in Patent Cases. Signed by Judge Alan D Albright. as of 2/12/2021. (bot1) (Entered: 02/24/2021) |
| 02/26/2021 | 75 | ANSWER to 73 Amended Complaint, with Jury Demand by Facebook, Inc.. (Attachments: # 1 Exhibit Exhibit 1, # 2 Exhibit Exhibit 2, # 3 Exhibit Exhibit 3, # 4 Exhibit Exhibit 4, # 5 Exhibit Exhibit 5, # 6 Exhibit Exhibit 6, # 7 Exhibit Exhibit 7, # 8 Exhibit Exhibit 8, # 9 Exhibit Exhibit 9, # 10 Exhibit Exhibit 10, # 11 Exhibit Exhibit 11, # 12 Exhibit Exhibit 12)(Amstutz, Paige) (Entered: 02/26/2021) |
| 02/26/2021 | 76 | Joint Motion *Stipulation and Joint Motion Regarding Pending Fed R. Civ. P. 12(c) Briefing* by Facebook, Inc.. (Attachments: # 1 Proposed Order Proposed Order)(Amstutz, Paige) Modified on 3/1/2021 (bw). (Entered: 02/26/2021) |
| 03/11/2021 | 77 | ORDER GRANTING 76 Motion Stipulation and Joint Motion Regarding Pending Fed R. Civ. P. 12(c) Briefing. Signed by Judge Alan D Albright. (am) (Entered: 03/11/2021) |
| 03/24/2021 | 78 | ORDER Setting Zoom Discovery for 4/7/2021 03:00 PM before Judge Alan D Albright. Signed by Judge Alan D Albright. (bot2) (Entered: 03/24/2021) |
| 04/07/2021 | 79 | ORDER RESETTING DISCOVERY HEARING. Discovery Hearing set for 4/21/2021 04:00 PM before Judge Alan D Albright. Signed by Judge Alan D Albright. (bw) (Entered: 04/08/2021) |
| 04/21/2021 | 80 | Minute Entry for proceedings held before Judge Alan D Albright: Discovery Hearing held on 4/21/2021 (Minute entry documents are not available electronically.). (Court Reporter Lily Reznik.)(mg2) (Entered: 04/22/2021) |
| 04/23/2021 | 81 | TRANSCRIPT REQUEST by MasterObjects, Inc. for proceedings held on 4/21/2021. Proceedings Transcribed: Discovery Hearing. Court Reporter: Lily Reznik. (Harris, Alden) (Entered: 04/23/2021) |
| 04/28/2021 | 82 | Transcript filed of Proceedings held on April 21, 2021, Proceedings Transcribed: Videoconference Discovery Hearing. Court Reporter/Transcriber: Lily I. Reznik, Telephone number: 512–391–8792 or Lily_Reznik@txwd.uscourts.gov. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 5/19/2021, Redacted Transcript Deadline set for 6/1/2021, Release of Transcript Restriction set for 7/27/2021, (lr) (Entered: 04/28/2021) |
| 05/11/2021 | 83 | Proposed Scheduling Order *Joint Motion for Entry of Amended Scheduling Order* by Facebook, Inc.. (Attachments: # 1 Exhibit A)(Amstutz, Paige) (Entered: 05/11/2021) |
| 05/18/2021 | 84 | SCHEDULING ORDER: Dispositive/Daubert Motions due by 11/5/2021, Jury Trial set for 1/24/2022 before Judge Alan D Albright. Signed by Judge Alan D Albright. (lad) (Entered: 05/18/2021) |
| 06/16/2021 | 85 | |

| | | |
|---|---|---|
| | | Standing Order regarding Scheduling Order. Signed by Judge Alan D Albright. (Entered: 06/17/2021) |
| 07/13/2021 | 86 | ORDER GRANTING DEFENDANT'S MOTION TO TRANSFER re 37 MOTION to Transfer Case *Defendant Facebook, Inc.'s Motion to Transfer Venue to the Northern District of California or, In the Alternative, to the Austin Division* filed by Facebook, Inc. IT IS THEREFORE ORDERED that Defendants Motion to Transfer (ECF No. 37) is GRANTED. It is further ORDERED that the Clerk of the Court TRANSFER this case to the Northern District of California. Signed by Judge Alan D Albright. (mc5) (Entered: 07/14/2021) |