UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MASTEROBJECTS, INC.,<br><br>            Plaintiff,<br><br>      v.<br><br>META PLATFORMS, INC.,<br><br>            Defendant. | Case No. 21-cv-05428-WHA (DMR)<br><br>**ORDER TO SHOW CAUSE RE: JUNE 27, 2022 JOINT DISCOVERY LETTER**<br><br>Re: Dkt. No. 151 |

The court has received the parties' June 27, 2022 joint discovery letter in which Plaintiff MasterObjects, Inc. moves to compel Defendant Meta Platforms, Inc. to produce a Rule 30(b)(6) witness and identify documents used to educate the witness.  [Docket No. 151.]

The fact discovery cut-off was June 17, 2022.  Pursuant to the Honorable William Alsup's Case Management Order, "[t]he deadline for bringing all discovery motions or extension motions based on discovery violations will be 45 calendar days prior to the fact discovery cutoff (for fact discovery)"; in this case, that deadline was May 3, 2022.  [*See* Docket No. 116 at 8 (emphasis removed).]  Additionally, Civil Local Rule 37-3 provides that "no motions to compel fact discovery may be filed more than 7 days after the fact discovery cut-off."  Civ. L.R. 37-3.  Plaintiff filed the instant discovery dispute on June 27, 2022.  It was therefore untimely under both Judge Alsup's Case Management Order and Local Rule 37-3.  By no later than July 6, 2022, Plaintiff shall file a letter that does not exceed one paragraph explaining why the court should not deny the June 27, 2022 joint letter as untimely.

**IT IS SO ORDERED.**

Dated: July 1, 2022

IT IS SO ORDERED

Donna M. Ryu
Judge Donna M. Ryu
United States Magistrate Judge