UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MASTEROBJECTS, INC.,

    Plaintiff,

v.

META PLATFORMS, INC.,

    Defendant.

No. C 21-05428 WHA

**ORDER RE META'S ADMINISTRATIVE MOTION TO STAY EXPERT DEADLINE**

Meta has filed an administrative motion to stay the deadline for its opposition report on damages to allow time for the parties to submit a joint letter regarding a forthcoming motion to strike Meta intends to file regarding MasterObjects' opening damages report. Given the deadline for Meta's report is July 25, 2022, MasterObjects shall provide an opposition to this administrative motion, if any, by **JULY 21 AT NOON**.

**IT IS SO ORDERED.**

Dated: July 19, 2022.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE