UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MASTEROBJECTS, INC.,

          Plaintiff,

   v.

META PLATFORMS, INC.,

          Defendant.

No.  C 21-05428 WHA

**REQUEST FOR
DEPOSITION TRANSCRIPTS**

By **TUESDAY AT NOON**, MasterObjects shall please file unabridged deposition transcripts for the following witnesses:  William Pei (both depositions); Iosef Kaver; and Philip Pronin.

**IT IS SO ORDERED.**

Dated:  August 15, 2022.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE