SPENCER HOSIE (CA Bar No. 101777)
shosie@hosielaw.com
DIANE S. RICE (CA Bar No. 118303)
drice@hosielaw.com
DARRELL R. ATKINSON (CA Bar No. 280564)
datkinson@hosielaw.com
HOSIE RICE LLP
600 Montgomery Street, 34th Floor
San Francisco, CA 94111
(415) 247-6000 Tel.
(415) 247-6001 Fax

*Attorneys for Plaintiff*
*MASTEROBJECTS, INC.*

Douglas E. Lumish (SBN 183863)
Jeffrey G. Homrig (SBN 215890)
Clara Wang (SBN 321496)
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
(650) 463-2600
doug.lumish@lw.com
jeff.homrig@lw.com
clara.wang@lw.com

Joseph H. Lee (SBN 248046)
LATHAM & WATKINS LLP
650 Town Center Drive, Suite 2000
Costa Mesa, CA 92626-1925
(714) 540-1235
joseph.lee@lw.com

(Additional counsel are listed in the signature block.)

*Attorneys for Defendant*
*META PLATFORMS, INC.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MASTEROBJECTS, INC.,<br><br>   *Plaintiff*,<br><br> v.<br><br>FACEBOOK, INC.,<br><br>   *Defendant.* | **Case No. 3:21-cv-05428-WHA**<br><br>**STIPULATED REQUEST AND [PROPOSED] ORDER TO CHANGE TIME PER CIVIL L.R. 6-2** |

Pursuant to L.R. 6-2 and 7-12, Plaintiff MasterObjects, Inc. and Defendant Meta Platforms, Inc. jointly submit this stipulated request for an order changing time as follows:

WHEREAS the Court's recent Order to Change Time (Dkt. 167) set the close of expert discovery as August 17, 2022;

WHEREAS, issues have recently arisen regarding the availability of witnesses for deposition by the August 17, 2022 deadline;

NOW, THEREFORE, the parties agree that:

(1) MasterObjects' declarant regarding damages issues can be deposed on or before August 22, 2022;

(2) MasterObjects' validity expert can be deposed on or before August 24, 2022;

(3) Meta's invalidity expert can be deposed on or before August 24, 2022; and

(4) MasterObjects' source code expert can be deposed on or before August 25, 2022.

IT IS SO STIPULATED.

Dated:    August 17, 2022

| /s/ Darrell R. Atkinson | /s/ Jeffrey G. Homrig |
|---|---|
| SPENCER HOSIE (CA Bar No. 101777)<br>shosie@hosielaw.com<br>DIANE S. RICE (CA Bar No. 118303)<br>drice@hosielaw.com<br>DARRELL R. ATKINSON (CA Bar No. 280564)<br>datkinson@hosielaw.com<br>HOSIE RICE LLP<br>600 Montgomery Street, 34th Floor<br>San Francisco, CA 94111<br>(415) 247-6000 Tel.<br>(415) 247-6001 Fax<br><br>*Attorneys for Plaintiff*<br>*MASTEROBJECTS, INC.* | Douglas E. Lumish (SBN 183863)<br>Jeffrey G. Homrig (SBN 215890)<br>Clara Wang (SBN 321496)<br>LATHAM & WATKINS, LLP<br>140 Scott Drive<br>Menlo Park, CA 94025<br>Tel: (650) 328-4600<br>Fax: (650) 463-2600<br>Doug.Lumish@lw.com<br>Jeff.Homrig@lw.com<br>Clara.Wang@lw.com<br><br>Joseph H. Lee (SBN 248046)<br>LATHAM & WATKINS LLP<br>650 Town Center Drive, 20th Floor<br>Costa Mesa, CA 92626-1925<br>Tel: (714) 540-1235<br>Fax: (714) 755-8290<br>Joseph.Lee@lw.com<br><br>Rachel Weiner Cohen (pro hac vice)<br>Tiffany C. Weston (pro hac vice)<br>LATHAM & WATKINS, LLP<br>555 Eleventh Street, NW, Suite 1000<br>Washington, D.C. 20004 |

Tel: (202) 637-2200
Fax: (202) 637-2201
Rachel.Cohen@lw.com
Tiffany.Weston@lw.com

Paul Weinand (pro hac vice)
LATHAM & WATKINS LLP
200 Clarendon Street
Boston, MA 02116
Tel: (617) 948-6000
Fax: (617) 948-6001
Paul.Weinand@lw.com

*Attorneys for Defendant META PLATFORMS, INC.*

## **ATTESTATION**

Pursuant to Civil Local Rule 5-1(h)(3), I attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Date: August 17, 2022               *Jeffrey G. Homrig*
                                     Jeffrey G. Homrig

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: August 18, 2022

_____
Honorable William Alsup
United States District Judge