UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MASTEROBJECTS, INC.,

    Plaintiff,

v.

META PLATFORMS, INC.,

    Defendant.

No. C 21-05428 WHA

**NOTICE RE TRIAL SCHEDULE**

Your trial is set for November 7 but, due to a criminal trial starting October 31, your trial will trail the completion of the criminal trial as needed. So, please plan accordingly and have your witnesses do so as well.

Dated: September 12, 2022.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE