UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MASTEROBJECTS, INC.,

    Plaintiff,

v.

META PLATFORMS, INC.,

    Defendant.

No. C 21-05428 WHA

**NOTICE RE HEARING TOMORROW**

At our hearing tomorrow, oral argument will concentrate on the "asynchronous" claim term, and the Court believes this would be a suitable opportunity for young attorneys with five or fewer years of experience to argue for both sides.

Dated: October 12, 2022.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE