SPENCER HOSIE (CA Bar No. 101777)
shosie@hosielaw.com
DIANE S. RICE (CA Bar No. 118303)
drice@hosielaw.com
DARRELL R. ATKINSON (CA Bar No. 280564)
datkinson@hosielaw.com
HOSIE RICE LLP
505 Sansome Street, Suite 1575
San Francisco, CA 94111
(415) 247-6000 Tel.
(415) 247-6001 Fax

*Attorneys for Plaintiff*
*MASTEROBJECTS, INC.*

Douglas E. Lumish (SBN 183863)
Jeffrey G. Homrig (SBN 215890)
Clara Wang (SBN 321496)
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
(650) 463-2600
doug.lumish@lw.com
jeff.homrig@lw.com
clara.wang@lw.com

Joseph H. Lee (SBN 248046)
LATHAM & WATKINS LLP
650 Town Center Drive, Suite 2000
Costa Mesa, CA 92626-1925
(714) 540-1235
joseph.lee@lw.com

(Additional counsel are listed in the signature block.)

*Attorneys for Defendant*
*META PLATFORMS, INC.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

MASTEROBJECTS, INC.,

*Plaintiff,*

v.

META PLATFORMS, INC.,

*Defendant.*

Case No. 3:21-cv-05428-WHA (DMR)

**STIPULATED DISMISSAL AND [PROPOSED] ORDER**

Judge: Hon. William Alsup
Courtroom: 12, 19th Floor

Complaint Filed: February 5, 2020
Trial Date: Not Set

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff MasterObjects, Inc. ("MasterObjects") and Defendant Meta Platforms, Inc. ("Meta") hereby stipulate to the dismissal of the entire action WITH PREJUDICE.[1]

Each party will bear its own attorneys fees, costs, and expenses.[2]

The Parties have resolved this action subject to a confidential agreement and agree that the Court will retain jurisdiction to enforce the terms of that agreement.

IT IS SO STIPULATED.

Dated: March 13, 2024

*/s/ Darrell R. Atkinson*
SPENCER HOSIE (CA Bar No. 101777)
shosie@hosielaw.com
DIANE S. RICE (CA Bar No. 118303)
drice@hosielaw.com
DARRELL R. ATKINSON (CA Bar No. 280564)
datkinson@hosielaw.com
HOSIE RICE LLP
505 Sansome Street, Suite 1575
San Francisco, CA 94111
(415) 247-6000 Tel.
(415) 247-6001 Fax

*Attorneys for Plaintiff*
*MASTEROBJECTS, INC.*

*/s/ Jeffrey G. Homrig*
Douglas E. Lumish (SBN 183863)
Jeffrey G. Homrig (SBN 215890)
Clara Wang (SBN 321496)
LATHAM & WATKINS, LLP
140 Scott Drive
Menlo Park, CA 94025
Tel: (650) 328-4600
Fax: (650) 463-2600
Doug.Lumish@lw.com
Jeff.Homrig@lw.com
Clara.Wang@lw.com

Joseph H. Lee (SBN 248046)
LATHAM & WATKINS LLP
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626-1925
Tel: (714) 540-1235
Fax: (714) 755-8290
Joseph.Lee@lw.com

Rachel Weiner Cohen (pro hac vice)
LATHAM & WATKINS, LLP
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Tel: (202) 637-2200
Fax: (202) 637-2201
Rachel.Cohen@lw.com

---

[1] It is agreed by the Parties that this dismissal will not be construed as extinguishing or in any way diminishing any Meta defense to any assertion or allegation of infringement with respect to the patents asserted in this action, including any defense based on non-infringement, invalidity, and/or unenforceability.

[2] Each Party is to bear its own costs, this Court's "Order Re Amended Bill of Costs," *see* ECF 283, and the Federal Circuit's award of "[c]ost to appellant," *see* Case No. 23-1097, Dkt. No. 41 at 17, notwithstanding.

Paul Weinand (pro hac vice)
LATHAM & WATKINS LLP
200 Clarendon Street
Boston, MA 02116
Tel: (617) 948-6000
Fax: (617) 948-6001
Paul.Weinand@lw.com

*Attorneys for Defendant META PLATFORMS, INC.*

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Date: March 13, 2024

*/s/ Darrell R. Atkinson*
Darrell R. Atkinson

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED. The clerk will close this file.

Date: ____________________

______________________________
Honorable William Alsup
United States District Judge